IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| SHIRLEY ANN BLACKMAN, | : |
| Plaintiff, | : |
| vs. | :   CA 15-0202-C |
| CAROLYN W. COLVIN,<br>Acting Commissioner of Social Security, | : |
| Defendant. | : |

## JUDGMENT

In accordance with the memorandum opinion and order entered on this date, it is hereby **ORDERED**, **ADJUDGED**, and **DECREED** that the decision of the Commissioner of Social Security denying plaintiff benefits be affirmed.

**DONE** this the 26th day of April, 2016.

 s/WILLIAM E. CASSADY
**UNITED STATES MAGISTRATE JUDGE**